No. 318.   SAFWAY PRODUCTS, INC., ET AL. *v.* UP-RIGHT, INC.   C. A. 5th Cir.   Certiorari denied.   *Paul Carrington* and *Marvin S. Sloman* for petitioners.   *Oscar A. Mellin* and *Carlisle M. Moore* for respondent.

No. 319.   CARIBBEAN FEDERATION LINES *v.* DAHL ET AL.   C. A. 5th Cir.   Certiorari denied.   *C. A. L. Johnstone, Jr.* for petitioner.   *Raymond H. Kierr* for respondents.

No. 320.   CONAWAY ET AL. *v.* MINNESOTA.   Supreme Court of Minnesota.   Certiorari denied.   *Erwin Allen Goldstein* for petitioners.   *Walter F. Mondale,* Attorney General of Minnesota, and *George M. Scott* for respondent.

No. 322.   COLBERT ET AL. *v.* PEERLESS CHEMICALS (P. R.) INC. ET AL.   C. A. 2d Cir.   Certiorari denied.   *George J. Engelman* and *James T. Smith* for petitioners.   *Patrick E. Gibbons* for respondents.

No. 325.   BACINO *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *Peyton Ford* for petitioner.   *Solicitor General Cox* for the United States.

No. 338.   GREENHILL *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Eugene Gressman* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 391.   HOLLANDER *v.* HOLLANDER.   C. A. 2d Cir.   Certiorari denied.   *Copal Mintz* for petitioner.   *Morris Pottish* for respondent.